UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.                                               Case No.  1:15-cv-97-MW-GRJ

ROBERT H. CURTIS,

        Respondent.
_____/

## REPORT AND RECOMMENDATION

On September 30, 2015 the Court conducted a hearing on the Order To Show Cause regarding the petition of the United States of America pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) of the Internal Revenue Code for an order requiring Respondent, Robert H. Curtis, to comply with the Internal Revenue Service Summons served upon him. The Government was represented at the hearing by Jonathan D. Letzring, Assistant United States Attorney, who appeared with C. King, a Revenue Officer of the Internal Revenue Service. The Defendant failed to appear at the hearing.

The Court's Order to Show Cause was mailed by the clerk to Respondent at 2617 NW 69th Terrace, Gainesville, Florida 32606-6330 on August 28, 2015. The docket does not reflect that the order was returned by postal authorities. Additionally, at the hearing the United States represented that Revenue Officer King personally delivered the Court's Order to Show Cause on September 11, 2015 to the parents of Respondent at 2617 NW 69th Terrace, Gainesville, Florida 32606-6330, and was advised that the Respondent resides at that address and the Order to Show Cause

would be given to Respondent when he returned. Further, Revenue Officer King telephoned Respondent on September 11, 2015 and advised him that the Order to Show Cause had been delivered to his parents at his residential address. On September 14, 2015 Revenue Officer King also sent the order to show cause by facsimile to Respondent. Although Revenue Officer King could not confirm whether every page was successfully transmitted to Respondent, the cover sheet and the portion of the Order to Show Cause advising Respondent to appear at the hearing scheduled for September 30, 2015 was transmitted. Based upon these multiple notices provided to Respondent the Court finds that Respondent received notice of the hearing and chose or refused to appear.

Accordingly, because the Respondent failed to appear at the Show Cause Hearing and has not filed a written response to the petition as required by the Court's Order to Show Cause (ECF No. 3), it is respectfully **RECOMMENDED** that the Petition To Enforce Internal Revenue Service Summons (ECF No. 1) should be **GRANTED** and that the Court should enter an order enforcing the Internal Revenue summons, directing the Respondent, Robert H. Curtis, to appear before Revenue Officer C. King, or any other designated officer of the Internal Revenue Service at 104 N. Main Street, Gainesville, Florida on **October 30, 2015 at 10:00 AM** to give testimony and produce for examination and copying the books, records, papers and other data demanded in the summons for the years 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013, failing

which the Respondent will be subject to an order holding the Respondent in contempt of court until compliance in accordance with the summons is completed.

**IN CHAMBERS** in Gainesville, Florida this 30th day of September 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.