IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Petitioner,**

v.                                              Case No. 1:15cv97-MW/GRJ

**ROBERT H. CURTIS,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION and ENFORCING
<u>INTERNAL REVENUE SUMMONS</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by Respondent,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Petition to Enforce Internal Revenue Summons, ECF No. 1, is **GRANTED**. Respondent, Robert H. Curtis, shall appear before Revenue Officer C. King, or any other designated officer of the Internal Revenue Service, at 104 N. Main Street, Gainesville, Florida, on **October 30, 2015, at 10:00 am**, to give testimony and produce for examination and copying the books, records, papers and

other data demanded in the summons for the years 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013.  Respondent's failure to so appear shall subject Respondent to an order holding Respondent in contempt of court until compliance with the summons is completed.

**SO ORDERED on October 14, 2015.**

**s/Mark E. Walker**
**United States District Judge**